1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9   INFINITY,

10          Plaintiff,                     No. CIV 11-2804 KJM EFB P

11      vs.

12   JO ELLEN FELICE, ASSOCIATE
    COMMISSIONER FOR INCOME
13   SECURITY PROGRAMS,
    SOCIAL SECURITY ADMINISTRATION,

14          Defendant.                     ORDER
15   _____/

16      Plaintiff, an inmate confined at Pleasant Valley State Prison, is proceeding in this action

17   pursuant to 28 U.S.C. §§ 1361 and/or 2201.  Dckt. No. 7 at 1, 2.  The order granting plaintiff's *in*

18   *forma pauperis* application and directing service noted that plaintiff's complaint challenges the

19   alleged failure by defendant to issue him a Social Security card after he legally changed his

20   name, that plaintiff seeks a declaration of his rights and the duty owed to him by defendant, and

21   that plaintiff does not seek monetary damages.  *Id.* at 2.

22      On March 12, 2012, plaintiff filed a declaration in support of his complaint, which

23   contained numerous allegations that were not included in plaintiff's complaint, were outside the

24   scope of the service order, and were unrelated to the allegations in the complaint.  *See* Dckt. No.

25   13.  Therefore, on March 15, 2012, the undersigned ordered that the declaration be stricken.

26   Dckt. No. 14.

1

1    Plaintiff has now filed a motion for reconsideration of the March 15, 2012 order.  Dckt.

2 No. 16.  Plaintiff contends that the declaration had the wrong caption page and was intended to

3 be filed in an action against a different defendant.  *Id.* at 1.  Specifically, plaintiff contends that

4 the declaration was "directed against Michael J. Astrue, [the Commissioner of Social Security,]

5 to show him [plaintiff's] qualifications to receive SSI and other disability benefits under the

6 Social Security Act . . . ."  *Id.*  Plaintiff's motion for reconsideration confirms that the allegations

7 made in the declaration are unrelated to the allegations in the original complaint, and that

8 therefore the order striking plaintiff's declaration was proper.  To the extent plaintiff seeks to

9 address his entitlement to disability benefits, any such claims shall be raised in a separate action.

10 Accordingly, plaintiff's motion for reconsideration of the March 15, 2012 order, Dckt. No. 16, is

11 denied.

12 DATED:  April 11, 2012.

13                                                      EDMUND F. BRENNAN
                                                       UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26