IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INFINITY,

      Plaintiff,　　　　　　　　　　　No. 2:11-cv-2804-EFB

  vs.

JO ELLEN FELICE, ASSOCIATE
COMMISSIONER FOR INCOME
SECURITY PROGRAMS, SOCIAL
SECURITY ADMINISTRATION,

                                 ORDER

      Defendant.
_____/

      This action is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c); E.D. Cal. L.R. 305. On March 28, 2013, the undersigned issued an order dismissing this action and directed the Clerk to enter judgment for defendant. Dckt. Nos. 36, 37. Then, on April 18, 2013, plaintiff filed a request for a copy of all of the documents in this case. Dckt. No. 38. Plaintiff contends that he was rushed to the San Joaquin Community Hospital on November 17, 2012 and has been hospitalized since then. *Id.* Plaintiff contends that his "post treatment is at Corcoran." *Id.* He further contends that his personal property, including his legal documents, are at Pleasant Valley State Prison and appear to be lost. *Id.* Unfortunately, "the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . ." *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting *United States v.*

1

1  *MacCollom*, 426 U.S. 317, 321 (1976)).  Because the *in forma pauperis* statute does not
2  authorize the expenditure of public funds for investigators, witnesses, or copies of court
3  documents, plaintiff's request for a copy of all of the documents in this case must be denied.  *See*
4  28 U.S.C. § 1915; *In re Richard,* 914 F.2d 1526, 1527 (6th Cir. 1990) (noting that the *in forma*
5  *pauperis* statute "does not give the litigant a right to have documents copied and returned to him
6  at government expense").  However, although it was plaintiff's obligation to keep the court
7  apprised of his current address, because it appears that plaintiff may not have received service of
8  the order dismissing this case or the March 28, 2013 judgment, the Clerk will be directed to re-
9  serve plaintiff with those documents.

10     Accordingly, IT IS HEREBY ORDERED that:

11     1.  Plaintiff's request for copies of all of the documents filed in this case, Dckt. No. 38, is
12  denied.

13     2.  The Clerk of Court shall re-serve plaintiff with a copy of the March 28, 2013 order
14  dismissing this action, Dckt. No. 36, the March 28, 2013 judgment entered in this action, Dckt.
15  No. 37, and the docket sheet, at the address listed in his April 18, 2013 request: Infinity, C27692,
16  Cell #18, State Prison at Corcoran Hospital Unit B, P.O. Box 3456, Corcoran, CA 93212.
17  DATED:  April 22, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2